## BAILEY V. GREEN.

**Appeal: ABSTRACT: EVIDENCE.** Questions which relate to the sufficiency of the evidence, or to rulings made on the admissibility of evidence, in an equity case, cannot be considered on appeal, where it is not anywhere claimed in the abstract that it is an abstract of any or all of the evidence. The printing at the close of the abstract of what purport to be certificates of the short-hand reporter and trial judge to the transcript of the notes of evidence, and references therein to depositions and record evidence, is not sufficient.

*Appeal from O'Brien District Court.*—HON. C. H. LEWIS, Judge.

FILED, MAY 14, 1890.

THIS is an action in equity by which the plaintiff seeks to enjoin the defendant, who is sheriff of O'Brien county, from selling a certain house and lot, the property of the plaintiff, upon the ground that said property is exempt from execution because it is the homestead of plaintiff, and was purchased with money received from the United States as a pension. There was a decree for the plaintiff, and defendant appeals.

*Warren Walker*, for appellant.

No appearance for appellee.

ROTHROCK, C. J.—We have examined what purports to be an abstract of the record in the case. It is entitled "Abstract of the Record," on the title page. But it is not stated that it is an abstract of all the evidence in the case. It is true there is printed at the

close thereof what purport to be certificates of the short hand reporter and trial judge to the transcript of the notes of evidence, and references therein to depositions and record evidence. But it is not anywhere in the paper claimed that it is an abstract of any of the evidence, nor all of the evidence. It does not, therefore, appear that the evidence is of record. All of the questions presented by counsel in argument of forty-eight pages relate to the sufficiency of the evidence, or to rulings made on the admissibility of evidence. In this state of the record the decree of the district court will be AFFIRMED.